SHAUN SETAREH, State Bar No. 204514
THOMAS SEGAL, State Bar No. 222791
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
Telephone:     310.888-7771
Facsimile:      310.888-0109

Attorneys for Plaintiffs
ANDRE SCOTT, KEN FASSLER, and ELIJAH MAXWELL-WILSON

DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, California  92626-7653
Telephone:   714.830.0600
Facsimile:    714.830.0700
daryl.landy@morganlewis.com

JENNIFER SVANFELDT, State Bar No. 233248
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596

Telephone:   +1.415.442.1000
Facsimile:    +1.415.442.1001
jennifer.svanfeldt@morganlewis.com

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SCOTT, an individual; KEN FASSLER, an individual; ELIJAH MAXWELL-WILSON, an individual, and on behalf of themselves, all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-06869-EMC<br><br>**THIRD STIPULATION TO FURTHER EXTEND DEADLINE TO RESPOND TO THE COMPLAINT PENDING PLAINTIFFS' NOTICE OF DISMISSAL OF PLAINTIFFS ANDRE SCOTT AND ELIJAH MAXWELL-WILSON'S CLAIMS UNDER THE FAIR LABOR STANDARDS ACT, 29 U.S.C. §§ 201, *ET SEQ*.**<br><br>Complaint Filed: November 30, 2016 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO FURTHER EXTEND DEADLINE TO
RESPOND PENDING FILING OF DISMISSAL
Case No. 3:16-CV-06869-EMC

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a)(3) and L.R. 6-1, Plaintiffs Andre Scott, Ken Fassler, and Elijah Maxwell-Wilson ("Plaintiffs") and Defendant Comcast Cable Communications Management, LLC ("Defendant") (collectively, the "Parties"), through their undersigned counsel of record, stipulate that Defendant's deadline for responding to the First Amended Complaint be extended for a short time.  In support of their Stipulation, the Parties state as follows:

WHEREAS, Plaintiffs filed the Complaint on November 30, 2016, which they served on Defendant on December 1, 2016;

WHEREAS, the Parties previously stipulated to extend Defendant's deadline to file its responsive pleading to January 20, 2017 (Dkt. 6) to allow the Parties time to meet and confer regarding Defendant's contention that the Complaint was deficient;

WHEREAS, on January 13, 2017, Plaintiffs agreed to file a First Amended Complaint to address some of the asserted deficiencies in the Complaint;

WHEREAS, on January 18, 2017, the Parties stipulated to extend Defendant's deadline to file its responsive pleading to 14 days after the date Plaintiffs filed the First Amended Complaint (Dkt. 16), and the Court approved this stipulation (Dkt. 17);

WHEREAS, on January 31, 2017, Plaintiffs filed the First Amended Complaint (Dkt. 18);

WHEREAS, on February 8, 2017, the Parties met and conferred regarding whether Plaintiffs Andrew Scott and Elijah Maxwell-Wilson would dismiss their claims alleged in the Sixth Claim for Relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Sections 201, *et seq.*;

WHEREAS, on February 14, 2017, Plaintiffs Scott and Maxwell-Wilson agreed to dismiss their claims under the FLSA;

WHEREAS, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs will file a Notice of Dismissal of the FLSA claim in the Sixth Claim for Relief as to Plaintiffs Scott and Maxwell-Wilson ("Notice of Dismissal") by February 17, 2017;

WHEREAS, the Parties agree that it does not make sense for Defendant to file a

1  responsive pleading to the First Amended Complaint when Plaintiffs Scott and Maxwell-Wilson
2  intend to file the Notice of Dismissal, that extending Defendant's deadline may avoid a motion
3  attacking the pleadings under Federal Rule of Civil Procedure 12(b)(6), and therefore that
4  Defendant's response deadline will be extended to seven (7) days after the date that Plaintiffs file
5  the Notice of Dismissal pursuant to Federal Rule of Civil Procedure 15(a)(3);

6      WHEREAS, assuming Plaintiffs file a Notice of Dismissal no later than February 17,
7  2017, extending the time for Defendant to file its response to seven (7) days after the date
8  Plaintiffs file the Notice of Dismissal will not alter the date of any event or any deadline already
9  fixed by Court order.

10     THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:  Defendant's responsive
11 pleading will be due seven (7) days after the date Plaintiffs file the Notice of Dismissal.

12     IT IS SO STIPULATED.

Dated:  February 14, 2017                SETAREH LAW GROUP

                                         By      */s/ Thomas Segal*
                                               Shaun Setareh
                                               Thomas Segal

                                         Attorneys for Plaintiffs
                                         ANDRE SCOTT, KEN FASSLER, and
                                         ELIJAH MAXWELL-WILSON

Dated:  February 14, 2017                MORGAN, LEWIS & BOCKIUS LLP

                                         By      */s/ Daryl S. Landy*
                                               Daryl S. Landy
                                               Jennifer Svanfeldt

                                         Attorneys for Defendant
                                         COMCAST CABLE COMMUNICATIONS
                                         MANAGEMENT, LLC

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, DARYL S. LANDY, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 14, 2017

*/s/ Daryl S. Landy*
Daryl S. Landy

```
```

**[PROP~~OSE~~D] ORDER**

For the reasons stated in the Parties' Stipulation, Defendant's responsive pleading deadline is extended to seven (7) days after Plaintiffs' Notice of Dismissal is filed.

IT IS SO ORDERED.



Hon. Edward M. Chen

IT IS SO ORDERED

Judge Edward M. Chen