DARYL S. LANDY (SBN 136288)
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, California 92626-7653
Telephone:   714.830.0600
Facsimile:    714.830.0700
Email:   daryl.landy@morganlewis.com

JENNIFER SVANFELDT (SBN 233248)
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Street Tower
San Francisco, California  94105-1126
Telephone:    415.442.1000
Facsimile:    415.442.1001
Email:  jennifer.svanfeldt@morganlewis.com

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

SHAUN SETAREH, State Bar No. 204514
THOMAS SEGAL, State Bar No. 222791
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
Telephone:    310.888-7771
Facsimile:    310.888-0109

Attorneys for Plaintiffs
ANDRE SCOTT, KEN FASSLER, and ELIJAH
MAXWELL-WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SCOTT, an individual; KEN FASSLER, an individual; ELIJAH MAXWELL-WILSON, an individual, and on behalf of themselves, all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-06869-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF FASSLER'S FLSA CLAIM AND PRESERVING COMCAST'S RIGHT TO MOVE TO COMPEL CLAIMS TO ARBITRATION**<br><br>Complaint Filed:   November 30, 2016<br>Trial Date:          None Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & [PROPOSED] ORDER
Case No. 3:16-CV-06869-EMC

## STIPULATION

Defendant Comcast Cable Communications Management, LLC ("Comcast") and Plaintiffs Andre Scott, Ken Fassler, and Elijah Maxwell-Wilson ("Plaintiffs") (collectively, the "Parties"), through their undersigned counsel of record, stipulate that Comcast does not waive its right to move to compel the claims of Plaintiff Ken Fassler and unnamed putative class members to arbitration on a non-class, non-collective basis as follows:

WHEREAS, on November 30, 2016, Plaintiffs filed a putative class and collective action complaint in this Court alleging the following causes of action: (1) failure to provide meal periods in violation of California Labor Code Sections 204, 223, 226.7, 512, and 1198; (2) failure to provide rest periods in violation of California Labor Code Sections 204, 223, 226.7, and 1198; (3) failure to pay all minimum and overtime wages in violation of California Labor Code Sections 223, 510, 1194, 1197 and 1198; (4) failure to timely pay all wages due in violation of California Labor Code Sections 201, 202, and 203; (5) unfair business practices in violation of California Business & Professions Code Sections 17200, *et seq*.; and (6) failure to pay wages for all hours worked under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Sections 201, *et seq*.;

WHEREAS, on December 16, 2016, Comcast requested that Plaintiff Fassler dismiss his claims asserted on behalf of the putative class and submit his claims on a non-class and non-collective basis to either mediation or arbitration in accordance with Comcast's alternative dispute resolution program entitled Comcast Solutions, which Comcast contends contains a valid and enforceable agreement to arbitrate on an individual basis;

WHEREAS, Comcast further maintains that putative members of the purported class and/or collective actions have also entered into the Comcast Solutions agreements to arbitrate on an individual basis that encompass all of the claims alleged in the First Amended Complaint;

WHEREAS, the Parties' counsel have extensively met and conferred regarding the Comcast Solutions agreements to arbitrate on a non-class and non-collective basis;

WHEREAS, on March 2, 2017, the Parties appeared at the initial case management conference, where the Court ordered the Parties to complete private mediation by August 1, 2017;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION & [PROPOSED] ORDER
CASE NO. 3:16-CV-06869-EMC

WHEREAS, to effectuate a meaningful mediation and in the interest of conserving judicial resources, the Parties agree that Plaintiff Fassler will not litigate or seek discovery regarding the FLSA claim in the Sixth Claim for Relief. The Parties further agree that Comcast will not move to compel Plaintiff Fassler's claims to arbitration, if at all, until after mediation is complete, and that Comcast may engage in initial discovery of Plaintiff Fassler's claims, including written discovery and depositions, without waiving its right to seek to compel Plaintiff Fassler's claims to arbitration after mediation is complete.

**IT IS SO STIPULATED.**

Dated: May 19, 2017             MORGAN, LEWIS & BOCKIUS LLP


                                By _____ */s/ Daryl S. Landy* _____
                                          DARYL S. LANDY

                                Attorneys for Defendant
                                COMCAST CABLE COMMUNICATIONS
                                MANAGEMENT, LLC

Dated: May 19, 2017             SETAREH LAW GROUP


                                By _____ */s/ Thomas Segal* _____
                                          SHAUN SETAREH
                                          THOMAS SEGAL

                                Attorneys for Plaintiffs
                                ANDRE SCOTT, KEN FASSLER, and ELIJAH
                                MAXWELL-WILSON

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION & [PROPOSED] ORDER
CASE NO. 3:16-CV-06869-EMC

**<u>ATTESTATION</u>**

I, Daryl S. Landy, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Plaintiff Fassler's FLSA Claim and Preserving Comcast's Right to Move to Compel Arbitration of Claims To Arbitration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas Segal concurs in this filing.

DATED:  May 19, 2017                                  MORGAN, LEWIS & BOCKIUS LLP

By _____   */s/ Daryl S. Landy*   _____

DARYL S. LANDY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION & [PROPOSED] ORDER
CASE NO. 3:16-CV-06869-EMC

# [PROPOSED] ORDER

For the reasons stated in the Parties' Stipulation, Plaintiff Ken Fassler will not litigate or seek discovery regarding his Sixth Claim for Relief under the Fair Labor Standards Act ("FLSA"). Comcast will not move to compel Plaintiff Fassler's claims to arbitration, if at all, until after mediation is complete, and Comcast may engage in initial discovery of Plaintiff Fassler's claims, including written discovery and depositions, without waiving its right to seek to compel Plaintiff Fassler's claims to arbitration after mediation is complete.

**IT IS SO ORDERED**.

DATED: _____5/26_____, 2017     _____



Honorable Edward M. Chen
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO