MORGAN, LEWIS & BOCKIUS LLP
Daryl S. Landy, Bar No. 136288
daryl.landy@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
Tel: +1.949.399.7000
Fax: +1.949.399.7001

MORGAN, LEWIS & BOCKIUS LLP
Jennifer Svanfeldt, Bar No. 233248
jennifer.svanfeldt@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.4125.442.1001

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

SETAREH LAW GROUP
Shaun Setareh, Bar No. 204514
Thomas Segal, Bar No. 222791
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Tel: 310.888.7771
Fax: 310.888.0109

Attorneys for Plaintiffs
ANDRE SCOTT, KEN FASSLER and
ELIJAH MAXWELL-WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SCOTT, an individual; KEN FASSLER, an individual; ELIJAH MAXWELL-WILSON, an individual, and on behalf of themselves, all other similarly situated,<br>Plaintiffs,<br>v.<br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware Corporation; and DOES 1-50, Inclusive,<br>Defendants. | Case No. 3:16-cv-06869-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Northern District Local Rules 6-1(b) and 6-2, Plaintiffs Andre Scott, Ken Fassler, and Elijah Maxwell-Wilson ("Plaintiffs") and Defendant Comcast Cable Communications Management, LLC ("Comcast") (collectively, "the Parties"), by and through their respective counsel of record, stipulate to continue the mediation completion deadline and Case Management Conference currently set for August 1, 2017 and August 10, 2017, respectively. Good cause exists for such continuance based upon the following, to which the Parties have met and conferred and agreed:

WHEREAS, on March 2, 2017 (ECF No. 30), the Court issued Civil Minutes setting an August 10, 2017 Case Management Conference and an August 1, 2017 mediation completion deadline;

WHEREAS, the parties have exchanged initial discovery;

WHEREAS, since June, Plaintiffs have been evaluating Comcast's discovery responses and Comcast's initial 2,411 page document production;

WHEREAS, Plaintiffs are still in the process of reaching decisions regarding the scope of mediation;

WHEREAS, Plaintiffs have not agreed to use any of the mediators proposed by Comcast, and therefore the Parties are still in the process of selecting a mediator;

WHEREAS, the Parties believe that there is good cause to continue the mediation deadline from August 1, 2017 to August 25, 2017 to explore resolution of this case. The Parties further agree it would be more efficient and productive to continue the Case Management Conference to from August 10, 2017 to September 7, 2017 to allow the parties time to explore resolution of this case.

WHEREAS, the Parties have not made any prior requests to continue court-ordered deadlines in this case;

WHEREAS, the Parties previously stipulated to extend Defendant's deadline to file its responsive pleading to Plaintiffs' Complaint and First Amended Complaint (*See* Docket Nos. 6, 16, 24);

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

1

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MEDIATION DEADLINE
AND CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-CV-06869-EMC

1  WHEREAS, the requested continuances will not otherwise affect this case's schedule;

2  THEREFORE, the Parties hereby stipulate and request that the Court continue the mediation completion deadline from August 1, 2017 to August 25, 2017, and the Case Management Conference from August 10, 2017 to September 14, 2017, or a date after September 7, 2017 that is convenient for the Court. The parties will file their joint statement at least seven (7) days before the scheduled conference.

**IT IS SO STIPULATED.**

Dated: August 1, 2017          SETAREH LAW GROUP

                               By /s/ Shaun Setareh
                               Shaun Setareh
                               Thomas Segal
                               Attorneys for Plaintiffs
                               ANDRE SCOTT, KEN FASSLER and ELIJAH
                               MAXWELL-WILSON

Dated: August 1, 2017          MORGAN, LEWIS & BOCKIUS LLP

                               By /s/ Daryl S. Landy
                               Daryl S. Landy
                               Attorneys for Defendant
                               COMCAST CABLE COMMUNICATIONS
                               MANAGEMENT, LLC


**ATTESTATION RE ELECTRONIC SIGNATURES**

I, DARYL S. LANDY, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 1, 2017                    /s/ Daryl S. Landy
                                         Daryl S. Landy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

2  STIPULATION AND [PROPOSED] ORDER
   TO CONTINUE MEDIATION DEADLINE
   AND CASE MANAGEMENT CONFERENCE

# [PR~~OPO~~SED] ORDER

Having reviewed the Parties' Stipulation to Continue Mediation Completion Deadline and Case Management Conference, the Court hereby continues the Mediation Completion Deadline to August 25, 2017 and the Case Management Conference to September ~~7~~ 14, 2017 at 10:30 am. An updated Case Management Conference Statement shall be filed by ~~August 31~~ September 7, 2017, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/7/17

_____
Hon. Edward M. Chen
U.S. District

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

DB2/ 31753714.4

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

3

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MEDIATION DEADLINE
AND CASE MANAGEMENT CONFERENCE