| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Daryl S. Landy, Bar No. 136288 |
|   | Sarah J. Allen, Bar No. 306286 |
| 3 | daryl.landy@morganlewis.com |
|   | sarah.allen@morganlewis.com |
| 4 | 600 Anton Boulevard, Suite 1800 |
|   | Costa Mesa, CA 92626 |
| 5 | Tel: +1.949.399.7000 |
|   | Fax: +1.949.399.7001 |

MORGAN, LEWIS & BOCKIUS LLP
Jennifer Svanfeldt, Bar No. 233248
jennifer.svanfeldt@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.4125.442.1001

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

SETAREH LAW GROUP
Shaun Setareh, Bar No. 204514
Thomas Segal, Bar No. 222791
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Tel: 310.888.7771
Fax: 310.888.0109

Attorneys for Plaintiffs
ANDRE SCOTT, KEN FASSLER and
ELIJAH MAXWELL-WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SCOTT, an individual; KEN FASSLER, an individual; ELIJAH MAXWELL-WILSON, an individual, and on behalf of themselves, all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 3:16-cv-06869-EMC<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

STIP. OF DISMISSAL
CASE NO. 3:16-CV-06869-EMC

DB2/ 32048070.3

Plaintiffs Andre Scott, Ken Fassler and Elijah Maxwell-Wilson ("Plaintiffs") and Defendant Comcast Cable Communications Management, LLC ("Defendant"), by and through their counsel of record hereby stipulate as follows:

1. All of Plaintiffs' individual claims in the above-entitled action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Plaintiffs' claims alleged on behalf of the putative class are dismissed without prejudice to the other putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

3. Plaintiffs will not re-assert or re-file any class, collective, or representative action claims that were, or could have been, alleged in this action; and

4. Each party is to bear their own fees and costs.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: January 12, 2018    SETAREH LAW GROUP


By /s/ *Thomas Segal*
Shaun Setareh
Thomas Segal
Attorneys for Plaintiffs
ANDRE SCOTT, KEN FASSLER and ELIJAH MAXWELL-WILSON

Dated: January 12, 2018    MORGAN, LEWIS & BOCKIUS LLP


By /s/ *Daryl S. Landy*
Daryl S. Landy
Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 32048070.3

1    JOINT STIPULATION OF DISMISSAL
CASE NO. 3:16-CV-06869-EMC

## **ATTESTATION RE ELECTRONIC SIGNATURES**

I, DARYL S. LANDY, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 12, 2018

*/s/ Daryl S. Landy*
Daryl S. Landy

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa

DB2/ 32048070.3

2

[PROPOSED] STIP. PROTECTIVE ORDER
CASE NO. 3:16-CV-06869-EMC

# [PROPOSED] ORDER

Pursuant to the parties' Stipulation of Dismissal of Entire Action, and good cause having been shown, the Court hereby orders that:

1. All of Plaintiffs' individual claims in the above-entitled action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Plaintiffs' class action claims are dismissed without prejudice to other putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

3. Plaintiffs will not re-assert or re-file any class, collective, or representative action claims that were, or could have been, alleged in this action; and

4. Each party will bear their own fees and costs.

Dated: 1/26/18   _____
Hon. Edward M. Chen
U.S. DISTRICT COURT



JOINT STIPULATION OF DISMISSAL
CASE NO. 3:16-CV-06869-EMC