MORGAN, LEWIS & BOCKIUS LLP
Daryl S. Landy, Bar No. 136288
daryl.landy@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
Tel: +1.949.399.7000
Fax: +1.949.399.7001

MORGAN, LEWIS & BOCKIUS LLP
Jennifer Svanfeldt, Bar No. 233248
jennifer.svanfeldt@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.4125.442.1001

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

SETAREH LAW GROUP
Shaun Setareh, Bar No. 204514
shaun@setarehlaw.com
Thomas Segal, Bar No. 222791
thomas@setarehlaw.com
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Tel: 310.888.7771
Fax: 310.888.0109

Attorneys for Plaintiffs
ANDRE SCOTT, KEN FASSLER and
ELIJAH MAXWELL-WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SCOTT, an individual; KEN FASSLER, an individual; ELIJAH MAXWELL-WILSON, an individual, and on behalf of themselves, all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 3:16-cv-06869-EMC<br><br>**STIPULATION TO APPROVE FLSA SETTLEMENT AND DISMISS PLAINTIFF KEN FASSLER'S FLSA CLAIM WITH PREJUDICE; [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41 and 29 U.S.C. Section 216, Plaintiffs KEN FASSLER ("Plaintiff") and Defendant COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC ("Comcast") (collectively the "Parties"), by and through their counsel of record (collectively referred to as the "Parties"), hereby stipulate as follows:

WHEREAS, Comcast employed Plaintiff as a Direct Sales Representative from May 14, 2012 to July 8, 2014, with Plaintiff's last day worked at Comcast occurring on April 17, 2014;

WHEREAS, Plaintiff filed his Complaint in this Court on November 30, 2016 ("Action") which alleges the following six claims for relief under California and Federal law: (1) failure to provide meal periods under California law; (2) failure to provide rest breaks under California law; (3) failure to pay hourly and overtime compensation under California law; (4) waiting time penalties for late final pay under California law; (5) unfair competition pursuant to California Business and Professions Code §§ 17200 *et seq.*; and (6) overtime under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*;

WHEREAS, Plaintiff sought to proceed as a class action under Federal Rule of Civil Procedure 23 and a collective action under action under 29 U.S.C. Section 216;

WHEREAS, this Action was not conditionally certified or certified as a collective action;

WHEREAS, this Action was not certified as a class action;

WHEREAS, Plaintiff filed the operative First Amended Complaint ("FAC") on January 31, 2017 (Dkt. No. 17);

WHEREAS, Plaintiff alleged in the FAC that he was incorrectly classified as an exempt outside salesperson because he spent more than half of his time completing tasks other than sales such as installing equipment, picking up and dropping off equipment, carrying various equipment and tools in their trucks, traveling to and from installation, checking on the status of orders and doing data entry. (Dkt. No. 17 at ¶ 11);

WHEREAS, Plaintiff alleged in the FAC that he typically worked approximately 55 hours per week (Dkt. No. 17 at ¶ 5);

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

1

STIPULATION TO APPROVE FLSA
SETTLEMENT AND DISMISS FLSA
CLAIM; [PROPOSED] ORDER
CASE NO. 3:16-CV-06869-EMC

DB2/ 31894644.5

WHEREAS, Comcast vigorously denied that Plaintiff was incorrectly classified as an exempt outside salesperson, and produced several documents in discovery showing that Plaintiff's primary duty was door-to-door sales of Comcast's residential customer services and that Comcast realistically expected him to spend more than half his time making sales away from Comcast's offices;

WHEREAS, Comcast also contends that Plaintiff's FLSA claim is barred by the two-year statute of limitations in the FLSA (*see* 29 U.S.C. § 255);

WHEREAS, Comcast took Plaintiff's deposition on August 9, 2017;

WHEREAS, Plaintiff admitted at deposition that Comcast expected him primarily to spend his time making sales door-to-door and away from Comcast's offices;

WHEREAS, following Plaintiff's deposition, the Parties agreed to resolve Plaintiff's claims in this Action;

WHEREAS, the Parties have engaged in good faith, arms-length settlement discussions, where both Parties were represented by counsel, and reached an agreement to settle Plaintiff's claims against Comcast;

WHEREAS, as part of the Parties' confidential settlement of all of Plaintiff's claims in this Action, Comcast has agreed to pay Plaintiff One Thousand Five Hundred Seventy-Eight Dollars and Forty-Five Cents ($1,578.45) for the dismissal with prejudice and release of his Sixth Claim for Relief, which alleges that Comcast violated the FLSA;

WHEREAS, the payment above is based on (1) Plaintiff's 18.57 weeks worked during the claimed three-year statute of limitations period from the date Plaintiff filed the Action, and (2) five hours of weekly overtime over that time period;

WHEREAS, the Parties have resolved Plaintiff's Sixth Claim for Relief to avoid the cost and uncertainty of litigation; and

WHEREAS, in consideration for the settlement amount, Plaintiff signed a release of his Sixth Claim for Relief for violation of the FLSA;

THEREFORE, the Parties hereby stipulate that the settlement amount above represents a fair and reasonable resolution of a bona fide dispute and that Plaintiff's Sixth Claim for Relief

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa

DB2/ 31894644.5

2

STIPULATION TO APPROVE FLSA
SETTLEMENT AND DISMISS FLSA
CLAIM; [PROPOSED] ORDER

under the FLSA be dismissed with prejudice with each party bearing its own costs and attorneys' fees.

Dated: January 12, 2018            SETAREH LAW GROUP

By /s/ *Thomas Segal*
Shaun Setareh
Thomas Segal
Attorneys for Plaintiffs
ANDRE SCOTT, KEN FASSLER and ELIJAH MAXWELL-WILSON

Dated: January 12, 2018            MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Daryl S. Landy*
Daryl S. Landy
Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

## **ATTESTATION RE ELECTRONIC SIGNATURES**

I, DARYL S. LANDY, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 12, 2018

*/s/ Daryl S. Landy*
Daryl S. Landy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 31894644.5

3

STIPULATION TO APPROVE FLSA SETTLEMENT AND DISMISS FLSA CLAIM; [PROPOSED] ORDER

**[P~~ROPOS~~ED] ORDER**

Good cause appearing based upon the Recitals in the Parties' Stipulation to Approve FLSA Settlement and Dismiss Plaintiff Ken Fassler's FLSA Claim with Prejudice, the Court hereby approves the release of Plaintiff Ken Fassler's Sixth Claim for Relief in the First Amended Complaint, and the Sixth Claim for Relief is DISMISSED WITH PREJUDICE.

Dated: 2/9/2018

Hon. Edward M. Chen
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 31894644.5

4

STIPULATION TO APPROVE FLSA
SETTLEMENT AND DISMISS FLSA
CLAIM; [PROPOSED] ORDER